# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CECIL DAVIS and RACHEL DAVIS, ) <br> ) <br> Plaintiffs,  ) <br> ) <br> vs.  ) <br> ) <br> UNITED STATES OF AMERICA,  ) <br> ) <br> Defendant.  ) | Case No.  2:09-cv-01194-GMN-GWF <br><br> **ORDER** <br><br> **Emergency Motion to Excuse Attendance - #34** |

This matter is before the Court on Plaintiffs' Emergency Motion to Excuse Paul D. Powell, Esq., from Attending Mandatory Settlement Conference on May 18, 2011 (#34) filed May 10, 2011.  Upon review and consideration,

**IT IS ORDERED** that Plaintiffs' Emergency Motion to Excuse Paul D. Powell, Esq., from Attending Mandatory Settlement Conference on May 18, 2011 (#34) is **granted**, unless the parties wish to stipulate to another date Mr. Powell would be available.

DATED this 10th day of May, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge