DANIEL G. BOGDEN
United States Attorney
District of Nevada
STEVEN W. MYHRE
Assistant United States Attorney
Nevada State Bar No. 9635
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Facsimile: (702)388-6787
Email: steven.myhre@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CECIL DAVIS, individually, and RACHEL DAVIS, individually,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>       Defendants. | Case No. 2:09-cv-01194-GMN-GWF<br><br>**MOTION TO EXTEND DEADLINE FOR SUBMITTING SETTLEMENT CONFERENCE STATEMENT** |

Defendants, United States of America, by and through their attorney of record, Assistant United States Attorney Steven W. Myhre, hereby moves this Court for an extension of time of two days to file Defendant's Settlement Conference Statement. The current deadline set for submitting the Settlement Conference Statement is May 11, 2001.

The undersigned counsel was recently assigned this case and a Notice of Appearance was filed on April 15, 2011. Since filing the Notice of Appearance, counsel for defendant has conducted two depositions and reviewed voluminous medical records to become versed in this case. Unfortunately, counsel for defendant has recently been requested to travel to Reno, Nevada and will be unable to submit the settlement conference statement on May 11, 2011.

1  Defendant requests an extension of time until Friday, May 13, 2011, to submit their Settlement
2  Conference Statement.   This request is not made for the purpose of delay, but for the purpose of
3  providing the Court with as complete and fulsome settlement statement as possible.
4     DATED this 10th day of May, 2011.

                    Respectfully submitted,

                    DANIEL G. BOGDEN
                    United States Attorney

                    */s/ Steven W. Myhre*
                    STEVEN W. MYHRE
                    Assistant United States Attorney

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Date:  May 11, 2011

**PROOF OF SERVICE**

I, Steven W. Myhre, AUSA, certify that the following individuals were served with the **MOTION TO EXTEND DEADLINE FOR SUBMITTING SETTLEMENT CONFERENCE STATEMENT** on this date by the below identified method of service:

<u>Electronic Case Filing</u>

Paul D. Powell
Leah A. Martin
The Powell Litigation Group
9525 Hillwood Drive, Suite 100
Las Vegas, Nevada 89134

Attorney for Plaintiffs.

DATED this 10th day of May, 2011.

　　　　　　　　　　　　　　　　　　　　*/s/ Steven W. Myhre*
　　　　　　　　　　　　　　　　　　　　STEVEN W. MYHRE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney